# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANETTE MCNEIL, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 20-1775 |
| PENN WAREHOUSING & DISTRIBUTION, INC., | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW,** this 13th day of May, 2021, upon consideration of Defendant's "Motion to Dismiss Plaintiff's Complaint" (ECF No. 18), Plaintiff's response in opposition thereto (ECF No. 19), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion (ECF No. 18) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- Defendant's motion is **GRANTED** as to (1) all claims for punitive damages in Counts X, XI, XII, XIII, and XIV; (2) Counts II, VI, VII, XI, and XIV; (3) Counts III, IV, VIII, IX, XII, and XIII, to the extent they are based on pregnancy; and (4) Counts XV and XVI.

- Defendant's motion is **DENIED** as to (1) Counts I and V and (2) Counts III, IV, VIII, IX, XII, and XIII, to the extent they are based on race.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**